■ In the Matter of EZRA LEBOVICS, Petitioner, v. XAVIER RICCOBONO, Respondent.— Application pursuant to article 78 of the CPLR in the nature of a writ of prohibition unanimously denied, cross motion granted and the petition dismissed, without costs and without disbursements. No opinion. Concur — McGivern, J. P., Markewich, McNally, Tilzer and Capozzoli, JJ.